Wallace J. Goodrich, Administrator of Estate of Frances Goodrich, Deceased, Appellant, v. A. A. Sprague, Receiver, Appellee.

Gen. No. 41,917.

672

Heard in third division, first district, this court; opinion filed May 27, 1942. Topliff, Horween & Merrick, for appellant; Samuel Topliff, Ralph Horween, Hubert C. Merrick and Neal J. Huff, of counsel; Gardner, Morrow, Fowler & Merrick, for appellee; Walter M. Fowler, of counsel. Opinion by Justice Hebel. ''Not to be published in full.''